**Order entered August 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00252-CV

### STEVEN N. HALL, Appellant

### V.

### PATRICIA HALL, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-09911**

## ORDER

Before the Court is appellant's August 1, 2018 third motion for extension of time to file a brief and appellee's response in opposition. We **GRANT** the motion and extend the time to **August 31, 2018**. We caution appellant that further requests for extension will be strongly disfavored.

/s/    ADA BROWN
         JUSTICE